UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 JAN -5 P 2:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

PAUL COPP

v.                          CIVIL NO: 3:03CV119 (AWT)

DEP'T OR VETERANS AFFAIRS, E T AL.

### APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, <u>Raymond J. Rigat, Esquire of Gilbride & Rigat, 23 E. Main Street, Clinton, Connecticut 06413, Tel: (860) 669-3273</u> is appointed as counsel for the plaintiff, <u>Paul Copp</u>, in the above-captioned case. Counsel is directed to file a <u>pro bono</u> appearance in this case as soon as possible.

Dated at Bridgeport, Connecticut this 4th day of January, 2005.

KEVIN F. ROWE, Clerk
By

*[signature]*

Cynthia Earle,
Staff Attorney