# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**PRO BONO APPEARANCE**

FILED

Paul Copp

v

Dept. of Veterans Affairs, et al

2005 JAN 12 A 11: 13

CASE NUMBER:   3:03CV119 (AWT)

U.S. DISTRICT COURT
HARTFORD, CT.

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for:   Paul Copp

___1-11-2005___
Date

___ct13320___
Connecticut Federal Bar Number

___860-669-3273___
Telephone Number

Signature _[signature]_

___Raymond J. Rigat___
Print or Type Name

___Gilbride & Rigat___
Firm Name

___23 East Main St___
Address

___Clinton___    ___CT___    ___06413___
City            State      Zip Code

### CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

Peter L. Brown, Esquire
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT  06101-0120

Signature _[signature]_ Raymond J. Rigat

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)