UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL COPP
   *Plaintiff*

v.

DEP'T OF VETRANS AFFAIRS, et al.
   *Defendant*

2005 JAN 20 A 10: 53

U.S. DISTRICT COURT
HARTFORD, CT.

CIVIL NO: 3:03CV119 (AWT)

January 18, 2005

## MOTION TO WITHDRAW APPEARANCE

In accordance with Local Rule 15, the undersigned moves for leave to withdraw his appearance for the defendant, DEPARTMENT OF VETERAN'S AFFAIRS, et al., in the above-referenced case. Assistant Attorney General M.J. McCarthy, Federal Bar No. ct090319, has filed an appearance for said defendants and will be defending them hence forth. For this reason, the undersigned respectfully asks the Court to grant this Motion.

*Peter L. Brown*

Peter L. Brown, Esq.
Federal Bar No. ct12132
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Peter.Brown@jud.state.ct.us

## CERTIFICATION

I hereby certify that a copy of this motion was mailed on January 18 , 2005, first class postage prepaid, to:

Raymond J. Rigat, Esquire
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413

M.J. McCarthy
Assistant Attorney General
Office of the Attorney General
55 Elm Street, 5th Floor
Health & Education
Hartford, CT 06106

_____
Peter L. Brown, Esq.