UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL COPP | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO:  3:03CV119 (AWT) |
| | : | |
| DEP'T OF VETERANS AFFAIRS, et al., | : | |
|     Defendant | : | January 19, 2005 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT.

Please enter my appearance as counsel for the Department of Veteran's Affairs, et al., in the above-captioned case.  This Appearance is being entered in lieu of Assistant Attorney General Peter L. Brown.

Dated at Hartford, Connecticut, this 19th day of January, 2005.

                DEFENDANT

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY: _____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct00319
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
MJ.McCarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 19th day of January, 2005, first class postage prepaid to:

Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413

/s/M.J. McCarthy
M.J. McCarthy
Assistant Attorney General