UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL COPP<br>*Plaintiff* | CIVIL ACTION NO.<br>Docket No. 3:03 CV119 (AWT) |
| v. | |
| THE STATE OF CONNECTICUT<br>DEPARTMENT OF VETERAN'S AFFAIRS,<br>Eugene A. Migliaro, Commissioner,<br>Department of Veteran's Affairs,<br>Christopher Dunn, Hugo Adams, Doris Fargo,<br>Claudette Gibson, William Bone,<br>JoAnne Bloom, Alan Jones, Felix Diaz,<br>Michael Cebrick<br>*Defendants* | JANUARY 25, 2005 |

## APPEARANCE

Please enter my appearance as counsel for Eugene A. Migliaro, former Commissioner, Department of Veteran's Affairs, Christopher Dunn, Hugo Adams, Doris Fargo, Claudette Gibson, William Bone, JoAnne Bloom, Alan Jones, Felix Diaz, Michael Cebrick, in the above-captioned case.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct 00319
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
mj.mccarthy@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing appearance was sent via first-class mail, postage pre-paid, to all counsel of record on this 25th day of January, 2005 to:

Raymond J. Rigat, Esquire
Gilbride & Rigat
23 E. Main Street
Clinton, Connecticut 06413

_____
M.J. McCarthy
Assistant Attorney General