UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 20  A 10: 53
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| PAUL COPP<br>*Plaintiff*<br><br>v.<br><br>DEP'T OF VETRANS AFFAIRS, et al.<br>*Defendant* | :<br>:<br>:<br>:<br>:<br>CIVIL NO: 3:03CV119 (AWT)<br>:<br>:<br>January 18, 2005 |

## MOTION TO WITHDRAW APPEARANCE

In accordance with Local Rule 15, the undersigned moves for leave to withdraw his appearance for the defendant, DEPARTMENT OF VETERAN'S AFFAIRS, et al., in the above-referenced case. Assistant Attorney General M.J. McCarthy, Federal Bar No. ct090319, has filed an appearance for said defendants and will be defending them hence forth. For this reason, the undersigned respectfully asks the Court to grant this Motion.

Peter L. Brown, Esq.
Federal Bar No. ct12132
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Peter.Brown@jud.state.ct.us

FILED
2005 FEB -1  P 4: 35
U.S. DISTRICT COURT
HARTFORD, CT.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/1/05