**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
PAUL COPP,                    :
                              :
     Plaintiff,               :
                              :
v.                            :    Civil No. 3:03CV00119(AWT)
                              :
DEPARTMENT OF VETERAN AFFAIRS,:
                              :
     Defendant.               :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

     This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

    ____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

    ____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

    ____ A ruling on the following motion(s), which is/are currently pending:_____ (orefm.)

    _X__ A settlement conference (orefmisc./cnf)

    _X__ Other: <u>Status conference and issuance of scheduling order</u> (orefmisc./misc)

    It is so ordered.

    Dated this 1st day of February, 2004, at Hartford, Connecticut.

                                          /s/

                                   Alvin W. Thompson
                            United States District Judge