## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL COPP, | : |
| | : |
| Plaintiff, | : |
| | : |
| V. | :    CASE NO. |
| | :    3:03CV119 (AWT) |
| THE STATE OF CONNECTICUT | : |
| DEPARTMENT OF VETERANS AFFAIRS, | : |
| | : |
| Defendant, | : |
| | : |
| | : |
| CHRISTOPHER DUNN, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Security Officer, | : |
| *in his individual capacity*, | : |
| | : |
| Defendant, | : |
| | : |
| HUGO ADAMS, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Director of Security, | : |
| *in both his official and individual capacities*, | : |
| | : |
| Defendant, | : |
| | : |
| DORIS FARGO, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Nursing Supervisor, | : |
| *in both her official and individual capacities*, | : |
| | : |
| Defendant, | : |
| | : |
| CLAUDETTE GIBSON, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Nursing Supervisor, | : |
| *in both her official and individual capacities*, | : |
| | : |
| Defendant, | : |
| | : |
| WILLIAM BONE, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, B Clinic R.N., | : |

|  |  |
|---|---|
| *in both his official and individual capacities,* | : |
|  | : |
|     Defendant, | : |
|  | : |
| JOANNE BLOOM, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Hospital, Administrator, | : |
| *in both her official and individual capacities,* | : |
|  | : |
|     Defendant, | : |
|  | : |
| ALAN JONES, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Security Officer, | : |
| *in both his official and individual capacities,* | : |
|  | : |
|     Defendant, | : |
|  | : |
| FELIX DIAZ, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Security Officer, | : |
| *in both his official and individual capacities,* | : |
|  | : |
|     Defendant, | : |
|  | : |
| MICHAEL CEBRICK, M.D., | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Director of Medicine, | : |
| *in both his official and individual capacities,* | : |
|  | : |
|     Defendant, | : |
|  | : |
| EUGENE A. MIGLIARO, | : |
| Commissioner, Department of Veterans Affairs, | : |
| *in both his official and individual capacities,* | : |
|  | : |
|     Defendant. | :    March 7, 2005 |

## MOTION TO AMEND COMPLAINT

The Plaintiff respectfully requests the Court to allow him to amend his pro se complaint which was originally filed with the Court on January 15, 2003. The undersigned was recently appointed to represent the Plaintiff pro bono, and it would

greatly facilitate the orderly administration of justice to allow said amendment.

The Court had previously ordered the Plaintiff to move for leave to amend the complaint by March 1, 2004, through inadvertence on his own part, the undersigned did not comply with this scheduling date and apologizes to the Court and all parties. The undersigned has not intended to inconvenience the Court or parties and will be more attentive to the Scheduling Orders of the Court in the future.

Pursuant to Fed.R.Civ.Proc. 15, a party may amend the party's pleading "once as a matter of course at any time before a responsive pleading is served…Otherwise a party may amend the party's pleading only by leave of court…" The undersigned has examined the Docket Sheet in the above captioned matter, and it does not appear that any defendant has filed a responsive pleading to date.

The Amended Petition is being filed together with this Motion to Amend the Complaint.

                              RESPECTFULLY SUBMITTED,
                              THE PLAINTIFF

                              By:_____
                              Raymond J. Rigat, Esq.
                              Gilbride & Rigat
                              23 East Main Street
                              Clinton, Connecticut  06413
                              Tel.: (860) 669-3273
                              Fax: (860) 669-3495
                              e-mail: raymondjrigat@sbcglobal.net
                              Federal Bar No.:  ct13320

## CERTIFICATION

I hereby certify that a copy of the forgoing "Motion to Amend Complaint" was sent, regular U.S. mail, on this 7th day of March, 2005, to the following:

Attorney M.J. McCarthy
Attorney General's Office- HRTFD
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120

_____
Raymond J. Rigat, Esq.