UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL COPP, | : | CIVIL ACTION NO. |
| *Plaintiff*, | : | Docket No: 3:03CV119 (AWT) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| THE STATE OF CONNECTICUT | : | |
| DEPARTMENT OF VETERAN'S | : | |
| AFFAIRS *ET AL.*, | : | |
| *Defendants* | : | MARCH 11, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO AMENDED COMPLAINT

Pursuant to a March 11, 2005 order of this Court, the undersigned defendants are to file an answer to the Amended Complaint by March 31, 2005. The defendant in this matter requests a thirty day extension of time until April 30, 2005 in order to comply with the Court's order. This matter has been in a holding pattern for more than a year and defendants' counsel needs to investigate and communicate with all of the defendants prior to filing an answer. Due to the large number of defendants, a number of whom no longer work for the State of Connecticut, defendants' counsel requests the thirty day extension. The plaintiff in this action has no objection to this request. This is the first request for an extension of time to file an answer to the amended complaint.

       RESPECTFULLY SUBMITTED

       THE DEFENDANTS
       DEPARTMENT OF VETERANS
       AFFAIRS et al.

       BY: /S/ M. J. McCarthy_____
       M.J. McCarthy
       Assistant Attorney General
       Federal Bar No. ct00319
       55 Elm Street
       P.O. Box 120
       Hartford, CT  06141-0120
       Tel: (860) 808-5210
       Fax: (860) 808-5385
       mj.mccarthy@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing Request for an Extension was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 11th day of May, 2005, first class postage prepaid to:

Raymond Rigat Esquire
Gilbride & Rigat
23 E. Main Street
Clinton, CT  06413

/S/ M. J. McCarthy

M.J. McCarthy
Assistant Attorney General