UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR 10  A 10: 01

U.S. DISTRICT COURT
HARTFORD, CT

PAUL COPP,

 Plaintiff,

V.

THE STATE OF CONNECTICUT
DEPARTMENT OF VETERANS AFFAIRS,

 Defendant,

CHRISTOPHER DUNN,
Department of Veterans Affairs,
Home & Hospital, Security Officer,
*in his individual capacity*,

 Defendant,

HUGO ADAMS,
Department of Veterans Affairs,
Home & Hospital, Director of Security,
*in both his official and individual capacities*,

 Defendant,

DORIS FARGO,
Department of Veterans Affairs,
Home & Hospital, Nursing Supervisor,
*in both her official and individual capacities*,

 Defendant,

CLAUDETTE GIBSON,
Department of Veterans Affairs,
Home & Hospital, Nursing Supervisor,
*in both her official and individual capacities*,

 Defendant,

WILLIAM BONE,
Department of Veterans Affairs,

CASE NO.
3:03CV119 (AWT)

03CV119END41

GRANTED, nunc pro tunc. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT  3/24/05