UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL COPP, <br> *Plaintiff,* | : <br> : <br> : <br> : <br> : | CIVIL ACTION NO. <br> Docket No: 3:03CV119 (AWT) |
| v. | : : | |
| THE STATE OF CONNECTICUT <br> DEPARTMENT OF VETERAN'S <br> AFFAIRS *ET AL.*, <br> *Defendants* | : <br> : <br> : <br> : | MARCH 11, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO AMENDED COMPLAINT

Pursuant to a March 11, 2005 order of this Court, the undersigned defendants are to file an answer to the Amended Complaint by March 31, 2005. The defendant in this matter requests a thirty day extension of time until April 30, 2005 in order to comply with the Court's order. This matter has been in a holding pattern for more than a year and defendants' counsel needs to investigate and communicate with all of the defendants prior to filing an answer. Due to the large number of defendants, a number of whom no longer work for the State of Connecticut, defendants' counsel requests the thirty day extension. The plaintiff in this action has no objection to this request. This is the first request for an extension of time to file an answer to the amended complaint.

Extension GRANTED, absent objection, to and including April 30, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  3/14/05

03cv119 eND 42