UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL COPP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CASE NO. |
| | : | 3:03CV119 (AWT) |
| THE STATE OF CONNECTICUT | : | |
| DEPARTMENT OF VETERANS AFFAIRS, | : | |
| | : | |
| Defendant. | : | APRIL 13, 2005 |

MOTION FOR APPROVAL OF LITIGATION EXPENSES
PURSUANT TO LOCAL RULE 83.10(g)5.

The Plaintiff, pursuant to Local Rule 83.10(g)5., respectfully requests the Court to allow litigation expenses for purposes of conducting depositions of the following individuals:

1. Christopher Dunn
2. Hugo Adams
3. Doris Fargo
4. Clauddete Gibson
5. William Bone
6. Joanne Bloom
7. Alan Jones
8. Felix Diaz
9. Michael Cebrick, M.D.
10. Eugene A. Migliaro

The above named individuals are named defendants in this case, and it is eesential to take their depositions at this time in order to respond to any dispositve motions which the defendants may file in this matter, and to be properly prepared for trial on the merits of the plaintiffs claims.

The undersigned believes that it should not take longer than one full day to depose all of the above individuals, and is willing to have such depositions taken at the courthouse in Hartford to save money and as a convenience to the above named

individuals and to the parties.

    Pursuant to Local Rule 83.10(g)5.

                                   RESPECTFULLY SUBMITTED,
                                   THE PLAINTIFF

                                 By:_____
                                 Raymond J. Rigat, Esq.
                                 Gilbride & Rigat
                                 23 East Main Street
                                 Clinton, Connecticut  06413
                                 Tel.: (860) 669-3273
                                 Fax: (860) 669-3495
                                 e-mail: raymondjrigat@sbcglobal.net
                                 Federal Bar No.:  ct13320

## **CERTIFICATION**

    I hereby certify that a copy of the forgoing "Motion for Approval of Litigation Expenses" was sent, regular U.S. mail, on this 13th day of March, 2005, to the following:

Attorney M.J. McCarthy
Attorney General's Office- HRTFD
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120


                                 _____
                                 Raymond J. Rigat, Esq.