UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL COPP,                               :
            Plaintiff,                   :
                                         :
V.                                       :   CASE NO.
                                         :   3:03CV119 (AWT)
THE STATE OF CONNECTICUT                 :
DEPARTMENT OF VETERANS AFFAIRS,          :
                                         :
            Defendant.                   :   APRIL 13, 2005

FILED 2005 APR 15 A 10:?? US DISTRICT COURT HARTFORD, CT

MOTION FOR APPROVAL OF LITIGATION EXPENSES
PURSUANT TO LOCAL RULE 83.10(g)5.

The Plaintiff, pursuant to Local Rule 83.10(g)5., respectfully requests the Court to allow litigation expenses for purposes of conducting depositions of the following individuals:

1. Christopher Dunn
2. Hugo Adams
3. Doris Fargo
4. Clauddete Gibson
5. William Bone
6. Joanne Bloom
7. Alan Jones
8. Felix Diaz
9. Michael Cebrick, M.D.
10. Eugene A. Migliaro

GRANTED. It is so ordered. Alvin W. Thompson, U.S.D.J. Hartford, CT 4/21/05

The above named individuals are named defendants in this case, and it is eesential to take their depositions at this time in order to respond to any dispositve motions which the defendants may file in this matter, and to be properly prepared for trial on the merits of the plaintiffs claims.

The undersigned believes that it should not take longer than one full day to depose all of the above individuals, and is willing to have such depositions taken at the courthouse in Hartford to save money and as a convenience to the above named