United States District Court
District of Connecticut

| | | |
|---|---|---|
| PAUL COPP, | ) | |
|       Plaintiff | ) | |
| v. | ) | |
| THE STATE OF CONNECTICUT DEPARTMENT OF VETERANS AFFAIRS, et al., | ) | Case Nos: |
|       Defendants | ) | 3:03CV119 (AWT) |
| | ) | June 2, 2005 |

MOTION FOR EXTENSION OF TIME
TO COMPLETE DISCOVERY

The undersigned respectfully requests that the Court extend by sixty days the time ythe parties have to complete discovery in the above captioned matter. Currently, the Court has ordered the parties to have discovery completed by June 15, 2005.

The parties have been working with each other to complete discovery, but need the requested extension given the numerous fact witnesses which may need to be deposed.

The undersigned has spoken with opposing counsel this date, and she has given her consent to making this request on behalf of her clients. This is the first request for an extension of time to complete discovery.

                      RESPECTFULLY SUBMITTED
                      PAUL COPP

                              /S/
BY_____
                      Raymond J. Rigat, Esquire
                      His Attorney
                      Gilbride & Rigat
                      23 East Main Street
                      Clinton, CT   06413
                      Tel: (860) 669-3273
                      Fax: (860) 669-3495
                      email: Raymondjrigat@sbcglobal.net

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing Motion for Extension of Time has been mailed, regular U.S. mail, on this 2nd day of June, 2005, to the following:

M.J. McCarthy
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

                                          / S /
                                _____
                                Raymond J. Rigat, Esq.