United States District Court
District of Connecticut

FILED
2005 JUN -6 A 11: 02
DISTRICT COURT
HARTFORD, CT.

PAUL COPP, )
    )
  Plaintiff )
    )
    )
v. )
    )
THE STATE OF CONNECTICUT )
DEPARTMENT OF VETERANS )
AFFAIRS, et al., )  Case Nos:
  Defendants )  3:03CV119 (AWT)
    )
    )  June 2, 2005

## MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

The undersigned respectfully requests that the Court extend by sixty days the time ythe parties have to complete discovery in the above captioned matter. Currently, the Court has ordered the parties to have discovery completed by June 15, 2005.

The parties have been working with each other to complete discovery, but need the requested extension given the numerous fact witnesses which may need to be deposed.

The undersigned has spoken with opposing counsel this date, and she has given her consent to making this request on behalf of her clients. This is the first request for an extension of time to complete discovery.

Extension GRANTED, absent objection, to and including June 15, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/9/05

03cv119end49