**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------x
PAUL COPP,                          :
                                    :
            Plaintiff,              :
                                    :
v.                                  :
                                    : Case No. 03CV0119(AWT)
                                    :
THE STATE OF CONNECTICUT            :
DEPARTMENT OF VETERANS AFFAIRS,     :
et al.,                             :
                                    :
            Defendants.             :
------------------------------------x
```

### ENDORSEMENT ORDER

The parties' Motion for Extension of Time to Complete Discovery (Doc. No. 50) is hereby REVOKED.

The parties' motion for extension of time (Doc. No. 49) is hereby GRANTED, absent objection, to and including August 15, 2005.

It is so ordered.

Dated this 14th day of June 2005 at Hartford, Connecticut.

/s/AWT
_____
Alvin W. Thompson
United States District Judge