UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL COPP, *Plaintiff,* | : : : : | CIVIL ACTION NO. Docket No: 3:03CV119(AWT) |
| v. | : : | |
| THE STATE OF CONNECTICUT DEPARTMENT OF VETERAN'S AFFAIRS *ET AL.,* *Defendants* | : : : : | AUGUST 8, 2005 |

## JOINT MOTION FOR AN EXPANSION OF DISCOVERY AND PRE-TRIAL DEADLINES

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, Discovery in the above captioned matter is set to close on August 15, 2005. The parties hereby request an additional sixty days to complete discovery, and ask that the other pre-trial deadlines in this matter be similarly extended.

This is the second request for an expansion of the discovery period and pre-trial deadlines. The parties have been pursing the litigation in good faith. The plaintiff has received copies of his medical, psychological, social work and residency records from the Department of Veterans' Affairs. The parties have been working diligently to resolve this matter and have made considerable progress. The parties attended a settlement conference with Magistrate Martinez and must report back to her on August 15, 2005. The undersigned counsel for the defendants hereby represents that she has been authorized to file this motion on behalf of both parties.

WHEREFORE, the parties hereby request that the court expand all existing pre-trial deadlines by sixty days.

                                          THE DEFENDANTS

BY: *[signature]*
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct00319
55 Elm Street, PO Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
mj.mccarthy@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 8th day of August, 2005, first class postage prepaid to:

> Raymond Rigat Esquire
> Gilbride & Rigat
> 23 E. Main Street
> Clinton, CT 06413

M.J. McCarthy
Assistant Attorney General