**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------x
PAUL COPP,                          :
                                    :
                 Plaintiff,         :
                                    :
v.                                  :
                                    : Case No. 03CV0119(AWT)
                                    :
THE STATE OF CONNECTICUT            :
DEPARTMENT OF VETERANS AFFAIRS,     :
et al.,                             :
                                    :
                 Defendants.        :
-----------------------------------x
```

**ENDORSEMENT ORDER**

The Joint Motion for an Expansion of Discovery and Pre-Trial Deadlines (Doc. No. 54) is hereby GRANTED.  Discovery shall be completed on or before October 15, 2005.  Dispositive motions, if any, shall be filed on or before November 15, 2005.

It is so ordered.

Dated this 12th day of August 2005 at Hartford, Connecticut.


                    _____/s/_____
                        Alvin W. Thompson
                    United States District Judge