UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL COPP, | : | CIVIL ACTION NO. |
| *Plaintiff*, | : | Docket No: 3:03CV119 (AWT) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| THE STATE OF CONNECTICUT | : | |
| DEPARTMENT OF VETERAN'S | : | |
| AFFAIRS *ET AL.*, | : | |
| *Defendants* | : | AUGUST 25, 2005 |

## DEFENDANTS' ANSWER TO AMENDED COMPLAINT

The defendants in the above-captioned matter hereby answer the amended complaint as follows:

INTRODUCTION

1. As to paragraph 1, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

2. As to paragraph 2, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

3. As to paragraph 3, the defendants admit that the plaintiff did inform the Director of Medicine about the alleged assault, but deny that "he" promised to keep his name out of it, and as to the remainder of the paragraph, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

4. Paragraph 4 is admitted.

5.  As to paragraph 5, the first part, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof. The defendants admit that the Director of Medicine called and reported the information.

6.  As to paragraph 6, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

7.  As to paragraph 7, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

8.  As to paragraph 8, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

9.  Paragraph 9 is denied.

10. As to paragraph 10, the defendants admit that the Commission wrote a letter of congratulation to the plaintiff. In as much as the remainder of the paragraph, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

11. Paragraph 11 is denied in so much as it alleges that Hugo Adams read the report for the first time and was shocked. As to the remainder of the paragraph, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

12. Paragraph 12 is denied.

13. Paragraph 13 is denied.

14. Paragraph 14 is denied.

15. Paragraph 15 is denied.

16. Paragraph 16 is denied.

17. Paragraph 17 is denied in so much as it alleges that the Commissioner's letter referred to the specific type of criminal activity and thanked him for his actions. As to the remainder of the paragraph it is admitted.

18. As to paragraph 18, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

19. Paragraph 19 is denied in as much as it alleges that the Director of Security led these meetings and malicious slander continued and increased. As to remainder of the paragraph, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

20. As to paragraph 20, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

21. As to paragraph 21, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

22. As to paragraph 22, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

23. Paragraph 23 is admitted.

FIRST COUNT

24. The defendants hereby restate the answers set out in responses to paragraph 1-23 of the Introduction and incorporate them as answers to paragraph 24 of the First Count.

25. As to paragraph 25, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

26.    As to paragraph 26, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

27.    Paragraph 27 is denied.

28.    Paragraph 28 is denied.

SECOND CAUSE OF ACTION

29    The defendants hereby restate the answers set out in response to paragraph 1-28 above and incorporate them as answers to paragraph 29 of the Second Cause of Action.

30.    As to paragraph 30, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

31.    As to paragraph 31, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

32.    Paragraph 32 is denied.

THIRD CAUSE OF ACTION

33.    The defendants hereby restate the answers set out in response to paragraph 1-32 above and incorporate them as answers to paragraph 33 of the Third Cause of Action.

34.    As to paragraph 34, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

35.    Paragraph 35 is denied.

36. As to paragraph 36, the defendants lack sufficient information on which to form a belief and leave the plaintiff to his proof.

          RESPECTFULLY SUBMITTED

          THE DEFENDANTS
          DEPARTMENT OF VETERANS
          AFFAIRS et al.

          BY: /S/ M.J. McCarthy _____
          M.J. McCarthy
          Assistant Attorney General
          Federal Bar No. ct00319
          55 Elm Street
          P.O. Box 120
          Hartford, CT  06141-0120
          Tel: (860) 808-5210
          Fax: (860) 808-5385
          mj.mccarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Answers was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 25th day of August, 2005, first class postage prepaid to:

Raymond Rigat Esquire
Gilbride & Rigat
23 E. Main Street
Clinton, CT  06413

/S/ M.J. McCarthy_ _____
M.J. McCarthy
Assistant Attorney General