# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL COPP, | : |
| | : |
|     Plaintiff, | : |
| | : |
| V. | :   CASE NO. |
| | :   3:03CV119 (AWT) |
| THE STATE OF CONNECTICUT | : |
| DEPARTMENT OF VETERANS AFFAIRS, | : |
| | : |
|     Defendant, | : |
| | : |
| | : |
| CHRISTOPHER DUNN, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Security Officer, | : |
| *in his individual capacity*, | : |
| | : |
|     Defendant, | : |
| | : |
| HUGO ADAMS, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Director of Security, | : |
| *in both his official and individual capacities*, | : |
| | : |
|     Defendant, | : |
| | : |
| DORIS FARGO, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Nursing Supervisor, | : |
| *in both her official and individual capacities*, | : |
| | : |
|     Defendant, | : |
| | : |
| CLAUDETTE GIBSON, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Nursing Supervisor, | : |
| *in both her official and individual capacities*, | : |
| | : |
|     Defendant, | : |
| | : |
| WILLIAM BONE, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, B Clinic R.N., | : |

|  |  |
|---|---|
| *in both his official and individual capacities,* | : |
| | : |
|     Defendant, | : |
| | : |
| JOANNE BLOOM, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Hospital, Administrator, | : |
| *in both her official and individual capacities,* | : |
| | : |
|     Defendant, | : |
| | : |
| ALAN JONES, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Security Officer, | : |
| *in both his official and individual capacities,* | : |
| | : |
|     Defendant, | : |
| | : |
| FELIX DIAZ, | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Security Officer, | : |
| *in both his official and individual capacities,* | : |
| | : |
|     Defendant, | : |
| | : |
| MICHAEL CEBRICK, M.D., | : |
| Department of Veterans Affairs, | : |
| Home & Hospital, Director of Medicine, | : |
| *in both his official and individual capacities,* | : |
| | : |
|     Defendant, | : |
| | : |
| EUGENE A. MIGLIARO, | : |
| Commissioner, Department of Veterans Affairs, | : |
| *in both his official and individual capacities,* | : |
| | : |
|     Defendant. | :    October 11, 2005 |

<u>MOTION FOR EXPANSION OF DISCOVERY DEADLINE</u>

    The Plaintiff respectfully requests the Court to expand the discovery deadline in the present case another ninety (90) days, that is, until January 13, 2006.

    The parties have nearly completed discovery.  Significant documentary evidence

has already been exchanged. The plaintiff needs to depose several witnesses. Given their schedules, the parties are working together to reach mutually convenient dates and times for depositions.

The undersigned has contacted Attorney M.J. McCarthy, who has no objection to this motion.

                                      RESPECTFULLY SUBMITTED,
                                      THE PLAINTIFF

                                      By:_____
                                      Raymond J. Rigat, Esq.
                                      Gilbride & Rigat
                                      23 East Main Street
                                      Clinton, Connecticut  06413
                                      Tel.: (860) 669-3273
                                      Fax: (860) 669-3495
                                      e-mail: raymondjrigat@sbcglobal.net
                                      Federal Bar No.:  ct13320

## **CERTIFICATION**

I hereby certify that a copy of the forgoing "Motion to Amend Complaint" was sent, regular U.S. mail, on this 11th day of October, 2005, to the following:

Attorney M.J. McCarthy
Attorney General's Office- HRTFD
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120

                                      _____
                                      Raymond J. Rigat, Esq.