57

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL COPP,<br><br>    Plaintiff,<br><br>V.<br><br>THE STATE OF CONNECTICUT<br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>    Defendant,<br><br><br>CHRISTOPHER DUNN,<br>Department of Veterans Affairs,<br>Home & Hospital, Security Officer,<br>*in his individual capacity*,<br><br>    Defendant,<br><br>HUGO ADAMS,<br>Department of Veterans Affairs,<br>Home & Hospital, Director of Security,<br>*in both his official and individual capacities*,<br><br>    Defendant,<br><br>DORIS FARGO,<br>Department of Veterans Affairs,<br>Home & Hospital, Nursing Supervisor,<br>*in both her official and individual capacities*,<br><br>    Defendant,<br><br>CLAUDETTE GIBSON,<br>Department of Veterans Affairs,<br>Home & Hospital, Nursing Supervisor,<br>*in both her official and individual capacities*,<br><br>    Defendant,<br><br>WILLIAM BONE,<br>Department of Veterans Affairs,<br>Home & Hospital, B Clinic R.N., | CASE NO.<br>3:03CV119 (AWT)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Extension GRANTED, nunc pro tunc,<br>to and including January 13, 2006.<br><br>/s/ A.W. Thompson<br>A.W. Thompson, U.S.D.J.<br>Hartford, CT   10/12/05 |