## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON JAMES-BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CASE NO. |
| | : | 3:03CV119 (AWT) |
| OFFICER SHAIQ ABDUS SABUR, ET AL., | : | |
| | : | |
| | : | |
| Defendants. | : | December 20, 2005 |

### MOTION FOR ENLARGEMENT OF TIME FOR
### DISCOVERY CUT-OFF DATE, AMENDMENT OF PLAINTIFF'S COMPLAINT, DEFENDANT'S AMENDED ANSWER, AND DISPOSITIVE MOTIONS DUE DATE

The Plaintiff, pursuant to F.R. Civ. P. 7(b) and L.Civ.R.7(b) moves for an extension of time with respect to the discovery cut-off date, Amendment of the Plaintiff's Complaint, Defendant's Amended Answer and Dispositive Motions Date.

Depositions have already been started, and the parties are working with one another to complete discovery in as expeditious a manner as possible.

Pursuant to L.Civ.R. 7(b)(2), undersigned counsel has been in telephone communication with Defendants counsel, Michael A. Wolak, III, Esq., and he is in agreement with the following proposed dates.

Discovery will be completed by March 1, 2006;

The Plaintiff shall have until March 15, 2006 to Amend her Complaint;

The Defendants shall have until March 30, 2006 to amend their Answer to the Amended Complaint;

Dispositive Motions shall be filed by April 1, 2006.

                      RESPECTFULLY SUBMITTED,
                      THE PLAINTIFF

                      By:_____
                      Raymond J. Rigat, Esq.
                      Gilbride & Rigat
                      23 East Main Street
                      Clinton, Connecticut  06413
                      Tel.: (860) 669-3273
                      Fax: (860) 669-3495
                      e-mail: raymondjrigat@sbcglobal.net
                      Federal Bar No.:  ct13320


## **CERTIFICATION**

     I hereby certify that a copy of the forgoing "Motion for Enlargement of Time" was sent, regular U.S. mail, on this 20th day of December, 2005, to the following:

Michael Wolak, III, Esq.
Office of Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510


                                        _____
                                        Raymond J. Rigat, Esq.