#59

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SHARON JAMES-BOYD,  :
    Plaintiff,  :
  :
V.  :   CASE NO.
  :   3:03CV119 (AWT)
OFFICER SHAIQ ABDUS SABUR, ET AL.,  :
  :
    Defendants.  :   December 20, 2005

### MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY CUT-OFF DATE, AMENDMENT OF PLAINTIFF'S COMPLAINT, DEFENDANT'S AMENDED ANSWER, AND DISPOSITIVE MOTIONS DUE DATE

The Plaintiff, pursuant to F.R. Civ. P. 7(b) and L.Civ.R.7(b) moves for an extension of time with respect to the discovery cut-off date, Amendment of the Plaintiff's Complaint, Defendant's Amended Answer and Dispositive Motions Date.

Depositions have already been started, and the parties are working with one another to complete discovery in as expeditious a manner as possible.

Pursuant to L.Civ.R. 7(b)(2), undersigned counsel has been in telephone communication with Defendants counsel, Michael A. Wolak, III, Esq., and he is in agreement with the following proposed dates.

Discovery will be completed by March 1, 2006;

The Plaintiff shall have until March 15, 2006 to Amend her Complaint;

The Defendants shall have until March 30, 2006 to amend their Answer to the Amended Complaint;

Dispositive Motions shall be filed by April 1, 2006.

---

*Margin annotations:*

Dispositive motions, if any, shall be filed on or before April 1, 2006.

Discovery shall be completed by March 1, 2006.

Extensions GRANTED, nunc pro tunc. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 12/22/05