**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

PAUL COPP,

    *Plaintiff,*

V.

THE STATE OF CONNECTICUT
DEPARTMENT OF VETERANS AFFAIRS, ET AL

    *Defendants.*

CASE NO.
3:03CV119 (AWT)

January 10, 2005

## MOTION FOR EXPANSION OF DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

The Plaintiff respectfully requests the Court to expand the discovery deadline in the present case another ninety (60) days, that is, until March 14, 2006.

The parties have nearly completed discovery. Significant documentary evidence has already been exchanged, the plaintiff has been deposed, and the defendants are scheduled for deposition on January 13, 2006 and January 18, 2006. Given their schedules, the parties have worked together to reach mutually convenient dates and times for depositions.

The parties would further request that the deadline for dispositive motions be expanded to sixty days from the completion of discovery, that is until May 13, 2006.

The undersigned has contacted Attorney M.J. McCarthy, who has no objection to these requests.

                    RESPECTFULLY SUBMITTED,
                    THE PLAINTIFF

By: _____
Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut  06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
e-mail: raymondjrigat@sbcglobal.net
Federal Bar No.: ct13320

## CERTIFICATION

I hereby certify that a copy of the forgoing "Motion to Expand Discovery and Dispositive Motions Deadlines" was sent, regular U.S. mail, on this 10th day of January, 2006, to the following:

Attorney M.J. McCarthy
Attorney General's Office- HRTFD
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120

_____
Raymond J. Rigat, Esq.