UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



PAUL COPP,

    *Plaintiff,*

V.

THE STATE OF CONNECTICUT
DEPARTMENT OF VETERANS AFFAIRS, ET AL.,

    *Defendants.*

CASE NO.
3:03CV00119-AWT

January 10, 2006

## MOTION FOR APPROVAL OF LITIGATION EXPENSES
## PURSUANT TO LOCAL RULE 83.10(g)5.

The Plaintiff, pursuant to Local Rule 83.10(g)5., respectfully requests the Court to allow litigation expenses for purposes of obtaining a copy of the transcript of his deposition which took place on December 30, 2005.

The transcript of the plaintiff's deposition is necessary and essential for the purposes of being able to respond meaningfully to any dispositive motion(s) filed by the defendants.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By:_____
Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut 06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
e-mail: raymondjrigat@sbcglobal.net
Federal Bar No.: ct13320

## CERTIFICATION

I hereby certify that a copy of the forgoing "Motion for Approval of Litigation Expenses" was sent, regular U.S. mail, on this 10th day of January, 2006, to the following:

Attorney M.J. McCarthy
Attorney General's Office-- HRTFD
55 Elm Street
P.O. Box 120
Hartford, CT  06101-0120

_____
Raymond J. Rigat, Esq.