# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL COPP, : | |
| : | |
| *Plaintiff,* : | |
| : | |
| V. : | CASE NO. |
| : | 3:03CV00119 (AWT) |
| THE STATE OF CONNECTICUT : | |
| DEPARTMENT OF VETERANS AFFAIRS, ET AL : | |
| : | |
| *Defendants.* : | |
| : | March 27, 2006 |

## MOTION TO WITHDRAW

The undersigned counsel for the Plaintiff respectfully requests to be allowed to withdraw from continued representation of the Plaintiff as there has been a breakdown in attorney client communication.

The undersigned would respectfully request the Court to hold in temporary abeyance any scheduling deadlines while the Plaintiff is allowed a reasonable time to find other counsel, pro bono or otherwise, or else is allowed to represent himself pro se.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

/S/ Raymond J. Rigat
By:_____
Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut  06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
e-mail: raymondjrigat@sbcglobal.net
Federal Bar No.:  ct13320

## **CERTIFICATION**

I hereby certify that a copy of the forgoing "Motion to Withdraw" was sent, regular U.S. mail, on this 27th day of March,2006, to the following:

Mr. Paul Copp
100 Executive Square Apt. 1210
Wethersfield, CT  06109;  AND

Attorney M.J. McCarthy
Attorney General's Office- HRTFD
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120

/S/ Raymond J. Rigat
_____
Raymond J. Rigat, Esq.