UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL COPP, | : | CIVIL ACTION NO. |
| *Plaintiff*, | : | Docket No: 3:03CV119 (AWT) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| THE STATE OF CONNECTICUT | : | |
| DEPARTMENT OF VETERAN'S | : | |
| AFFAIRS *ET AL.*, | : | |
| *Defendants* | : | APRIL 3, 2006 |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO WITHDRAW

On March 27, 2006, plaintiff's counsel filed a motion to withdraw his appearance in representing the plaintiff in this matter. The defendants object to the plaintiff's motion. The defendants are in the process of taking the plaintiff's deposition. There have been two half days taking the direct examination of the plaintiff and there will need to be a third date set. As of this date the defendants have been unable to schedule the third date. The defendants had scheduled two dates, but the plaintiff was not available for examination. Plaintiff's counsel has not had the opportunity to cross examine the plaintiff. The defendants object to the withdrawal of plaintiff's counsel while this deposition is pending.

WHEREFORE, the defendants object to the Motion to Withdraw as counsel in this matter, while the plaintiff's deposition is pending.

RESPECTFULLY SUBMITTED


THE DEFENDANTS
DEPARTMENT OF VETERANS
AFFAIRS et al.


BY: /S/ M. J. McCarthy
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct00319
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
mj.mccarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Objection to Motion to Withdraw was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 3rd day of April, 2006, first class postage prepaid to:

Raymond Rigat Esquire
Gilbride & Rigat
23 E. Main Street
Clinton, CT  06413

/S/ M. J. McCarthy_____
M.J. McCarthy
Assistant Attorney General