# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 2006 APR 10 P 2: 06

DISTRICT COURT
HARTFORD, CT.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Paul Copp — Pro Se

Copp v. Vets Affairs et Al
3:03-CV 00119-AWT

Apr 10, 2006
**Date**

Pro Se
**Connecticut Federal Bar Number**

860-436-9650
**Telephone Number**

**Fax Number**

Copppaul@Hotmail.Com
**E-mail address**

**Signature**

Paul Copp
**Print Clearly or Type Name**

Apt 1210  100 Exec. Sq,
**Address**

Wethersfield CT 06109

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

M.G. McCarthy
Attn. Gen. Office
55 Elm St. P.O. Box 120
Hartford CT 06101-0120

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24