UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------x
PAUL COPP,                          :
                                    :
                Plaintiff,          :
                                    :
v.                                  :
                                    : Case No. 03CV00119(AWT)
                                    :
THE STATE OF CONNECTICUT            :
DEPARTMENT OF VETERANS AFFAIRS,     :
et al.,                             :
                                    :
                Defendants.         :
------------------------------------x
```

**NOTICE TO THE PARTIES**

The court has received Defendants' Objection to Plaintiff's Motion to Withdraw (Doc. No. 68). The plaintiff's Motion to Withdraw (Doc. No. 66) was granted on April 4, 2006. The objection was filed on April 5, 2006. After considering the defendant's objection, the court still believes that Attorney Raymond J. Rigat should be allowed to withdraw, primarily because he took this case on a pro bono basis.

It is so ordered.

Dated this 11th day of April 2006 at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
Alvin W. Thompson
United States District Judge