**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
PAUL COPP,                    :
                              :
     Plaintiff,               :
                              :
v.                            :    Civil No. 3:03CV00119(AWT)
                              :
DEPARTMENT OF VETERAN AFFAIRS,:
                              :
     Defendant.               :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

    This case is referred to Magistrate Judge _Donna F. Martinez_ for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____ A ruling on the following motion(s), which is/are currently pending:_____ (orefm.)

_____ A settlement conference (orefmisc./cnf)

 X  Other: _Status conference_  (orefmisc./misc)

    It is so ordered.

    Dated this 17th day of April, 2006, at Hartford, Connecticut.

                                          /s/Alvin W. Thompson

                                           Alvin W. Thompson
                                  United States District Judge