UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PAUL COPP

  v.                                                Case Number: 3:03CV119 (AWT)

DEPT. OF VETERAN'S AFFAIRS,
ALAN JONES, CHRISTOPHER DUNN,
CLAUDETTE GIBSON, DORIS FARGO,
EUGENE A. MIGLIARO,
FELIX DIAZ, HUGO ADAMS,
JOANNE BLOOM, MICHAEL CEBRICK,
WILLIAM BONE

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on <u>May 25, 2006</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within forty-five (45) days thereafter.

Accordingly, an order of dismissal will be entered on July 10, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, May 26, 2006.

                                        KEVIN F. ROWE, CLERK

                                        By:     /s/
                                              Robert K. Wood
                                              Deputy Clerk