

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT
### AT
### HARTFORD, CONNECTICUT

## MOTION TO RE-OPEN, AND ENFORCE

## THE SETTLEMENT AGREEMENT

**Paul Copp**
> **Plaintiff**

v.                                        Case Number: 3:03 CV 00119 (AWT)

**State of Connecticut, Dept. of Vet. Affairs**

1. As the written settlement agreement does not conform to the verbal

   agreement reached; and the Defendant will not cooperate with the Plaintiff

   and with the Court; the Plaintiff moves to re-open and enforce an agreed

   agreement.

Paul Copp  (apt.1210)
100 Exec. Square
Wethersfield, CT 06109
(860) 436-9650

copy sent to:   attn. Lynn Rioux, para-legal)
                MJ McCarthy, A. Attorney General
                CT Attorney General's Office
                55 Elm Street, Box 120
                Hartford, CT 06141-0120
This date by US Mail: August 7, 2006

3