## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL COPP | : | CIVIL ACTION NO. 3:03CV119 (AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF VETERANS AFFAIRS, CHRISTOPHER DUNN, HUGO ADAMS, DORIS FARGO, CLAUDETTE GIBSON, WILLIAM BONE, JOANN BLOOM, ALAN JONES, FELIZ DIAZ, MICHAEL CEBRICK, and EUGENE A. MIGLIARO | : | |
| *Defendants* | : | August 10, 2006 |

## **APPEARANCE**

### TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for the State of Connecticut, Department of Veteran's Affairs, Eugene A. Migliaro, Commissioner, Department of Veteran's Affairs, Christopher Dunn, Hugo Adams, Doris Fargo, Claudette Gibson, William Bone, JoAnne Bloom, Alan Jones, Felix Diaz, and Michael Cebrick, in their official capacities only, in the above-captioned case.

                                              DEFENDANT

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL

BY:   /s/ Darren P. Cunningham
          Darren P. Cunningham
          Assistant Attorney General
          Federal Bar No. ct25380
          55 Elm Street
          P.O. Box 120
          Hartford, CT  06141-0120
          Tel: (860) 808-5210
          Fax: (860) 808-5385
          Darren.cunningham@po.state.ct.us

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, a copy was mailed on August 10 to:

Paul Copp
100 Executive Sq.
Apt 1210
Wethersfied, CT 06109

/s/ Darren P. Cunningham
Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fac.: (860) 808-5385
Email:Darren.cunningham@po.state.ct.us