UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL COPP | : | CIVIL ACTION NO. 3:03CV119 (AWT) |
|    *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF VETERANS AFFAIRS, CHRISTOPHER DUNN, HUGO ADAMS, DORIS FARGO, CLAUDETTE GIBSON, WILLIAM BONE, JOANN BLOOM, ALAN JONES, FELIZ DIAZ, MICHAEL CEBRICK, and EUGENE A. MIGLIARO | : | |
|    *Defendants* | : | August 10, 2006 |

## MOTION TO WITHDRAW

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

The undersigned counsel for the defendants State of Connecticut, Department of Veteran's Affairs, Eugene A. Migliaro, Commissioner, Department of Veteran's Affairs, Christopher Dunn, Hugo Adams, Doris Fargo, Claudette Gibson, William Bone, JoAnne Bloom, Alan Jones, Felix Diaz, and Michael Cebrick, in their official capacities only, respectfully requests that Attorney M.J. McCarthy be allowed to withdraw from representation of these defendants in this matter. Attorney McCarthy has left the employ of the Attorney General's Office and is legally unable to represents the State defendants. On August 10 the undersigned filed a notice of appearance in this case. Accordingly, please withdraw Attorney McCarthy as counsel for the above-named defendants.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

                      BY:    /s/ Darren P. Cunningham
Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Darren.cunningham@po.state.ct.us

Case 3:03-cv-00119-AWT    Document 80    Filed 08/10/2006    Page 2 of 3

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, a copy was mailed on August 10 to:

Paul Cropp
100 Executive Sq.
Apt 1210
Wethersfied, CT 06109

/s/ Darren P. Cunningham
Darren P. Cunningham
Assistant Attorney General
Federal Bar No. 25380
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fac.: (860) 808-5385
Email:Darren.cunningham@po.state.ct.us
