United States District Court
District of Connecticut
@ Hartford

Paul Copp
    Plaintiff
V.
State of Connecticut
Dept. of Veterans Affairs, et al
    Defendants

Case No. 3:03CV00119 (AWT)

## Motion add to and to Amend Complaint

Amendments:

### Claim 1. R.I.C.O. claim.

The Dept. of Veterans Affairs of the State of Connecticut is an organization that has become, and is, a unit that fits the legal requirements for prosecution under R.I.C.O., because of their long term pattern of criminal activity that will be prosecuted, including such influence as to tamper with: evidence, witnesses, victims, and informants. To prohibit local law enforcement from investigations, and the obstruction of justice, pertaining to the facility and its staff.

### Claim 2. Carcinogenic Environments.

Denying a smoke free environment in the Hospital and in the Residence making the beginning of smoking almost certain, and the secession of smoking impossible. Causing the inhaling of second hand smoke and toxins; for instance it is impossible to go to lunch without inhaling second hand smoke. Causing persons that had stopped smoking, as the plaintiff, to resume.

Providing cigarette vending machines, and even handing out free cartons of cigarettes.

Respectfully:

*Aug 31, 06*

Paul Copp, Plaintiff, Pro-se
100 Executive Square, Apt 1210
Wethersfield, CT 06109
(860) 436-9650
e-mail:

By hand to:  D.P Cunningham
              CT Asst. Attorney General
              Fed. Bar #ct25380
              55 Elm Street
              Hartford, CT 06141

*Aug 15, 06*