UNITED STATES DISTRICT COURT
DISTRICT OF CONNICTICUT

Paul Copp                                           Civil Action No.
    Plaintiff                                      Docket No: 3:03CV119 (AWT)
    v.

The State of Connecticut,
Dept. of Veteran's Affairs, et al.,
    Defendants                                  September 18, 2006

### MOTION IN SUPPORT OF PLAINTIFF'S MOTION TO REOPEN
### AND TO AMMEND COMPLAINT AS PREVIOUSLY ASKED

1. Defendant's ask that Plaintiff's motion to reopen be denied because "Plaintiff is simply attempting to get a better (sic) deal than to which he agreed on May 25 before the Court."

2. In fact, the defendants who reduced the agreement to hard-copy for signatures by both parties provided to the plaintiff an incomplete agreement for signature. The missing portion of the agreement was perhaps the most crucial to the agreement. A casual reading of the Court's own transcript of August 17 conference did not find, as the defendant's assert, that the Court found that the "written agreement did conform to the written agreement reached on May 25." In fact the Court asked the plaintiff to modify what he had agreed to, and the plaintiff did so, in order to assist the defendant's in their compliance of the agreement.

3. It is obvious that the defendant's do not have any intention to comply with the original, or the Court modified agreement; or other of the plaintiff's suggestions for the defendant's trouble-free compliance; so it seems the Court must proceed to trial.

4. If the defendant's wish to attempt to settle this matter out of Court, the plaintiff MUST insist that the Commissioner of Veterans Affairs be present at the settlement conference.

Paul Copp, Plaintiff                              dated: Sept 24, 2006
100 Exec. Square (apt. 1210)
Wethersfield, CT 06109
Tel. (860) 436-9650

Copy sent by U.S. Mail to Darren P. Cunningham, A. Attn. Gen., 55 Elm St, Hartford Ct 06141-0120 on Sept. 24, 2006.