UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL COPP,                              :
                                        :
    Plaintiff,                          :
                                        :
    v.                                  :
                                        :   CASE NO. 3:03CV119 (AWT)
THE STATE OF CONNECTICUT                :
DEPARTMENT OF VETERAN'S                 :
AFFAIRS, ET AL.,                        :
                                        :
    Defendants.                         :

ORDER

An evidentiary hearing on the plaintiff's Motion to Re-Open, and Enforce the Settlement Agreement (doc. #77) shall be held before the undersigned on January 25, 2007 at 10:00 a.m. It is hereby ORDERED that:

1. By January 19, 2007, each party shall file a list of witnesses who will testify at the hearing and a brief description of each witness's testimony.

2. If either party wishes to submit a supplemental memorandum of law in support of its position, it may do so on or before January 19, 2007.

3. Prior to January 23, 2007, the parties shall confer in an attempt to arrive at stipulations of fact (including but not limited to whether any terms of the parties' settlement agreement are not in dispute) and to agree on exhibits that may be introduced without objection at the hearing.

4. By January 23, 2007, each party shall file a list of

exhibits that will be introduced at the evidentiary hearing.  The list shall note whether the parties agree that a particular exhibit should be admitted as evidence without objection at the hearing.  The exhibit list shall denote the exhibit number and a brief description of the exhibit.

Prior to the beginning of the evidentiary hearing, each party shall deliver to the courtroom deputy clerk a copy of the exhibit list, shall premark its exhibits, and shall deliver its premarked exhibits to the courtroom deputy clerk.  Exhibit stickers are available from the courtroom deputy clerk.  All exhibits shall be marked numerically and say "Plaintiff" or "Defendant".  If there is more than one plaintiff or defendant, the exhibits shall identify the party offering the exhibit (e.g., Defendant Smith, Exhibit #1).  If the same exhibit is offered by more than one party, the parties shall mark only one exhibit by placing their respective exhibit stickers on the one exhibit (e.g., Plaintiff Jones, Exhibit #2; Defendant Smith Exhibit #5) Each party shall prepare <u>two</u> courtesy copies of its documentary exhibits for the court's use during the hearing.  The courtesy copies shall be arranged in order in a notebook with tabs bearing the exhibit number.  All copies shall be stamped "Copy" to distinguish them from the original exhibit.  The "Copy" stamp shall be in a color other than black to show that the word "copy" is not part of the exhibit itself.

SO ORDERED at Hartford, Connecticut this 13th day of December, 2006.

```
                          _____/s/_____
                          Donna F. Martinez
                          United States Magistrate Judge
```