## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL COPP | : | CIVIL ACTION NO. |
| *Plaintiff* | : | Docket No. 3:03 cv-00119 (AWT) |
| | : | |
| v. | : | |
| | : | |
| THE STATE OF CONNECTICUT | | |
| DEPARTMENT OF VETERAN'S AFFAIRS, | | |
| Eugene A. Migliaro, Commissioner, | | |
| Department of Veteran's Affairs, | | |
| Christopher Dunn, Hugo Adams, Doris Fargo, | | |
| Claudette Gibson, William Bone, | | |
| JoAnne Bloom, Alan Jones, Felix Diaz, | | |
| Michael Cebrick | | |
| *Defendants* | : | DECEMBER 18, 2006 |

## **APPEARANCE**

Please enter my appearance as counsel for Eugene A. Migliaro, former Commissioner, Department of Veteran's Affairs, Christopher Dunn, Hugo Adams, Doris Fargo, Claudette Gibson, William Bone, JoAnne Bloom, Alan Jones, Felix Diaz, Michael Cebrick, in the above-captioned case.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/Richard J. Lynch
Richard J. Lynch
Assistant Attorney General
Federal Bar No. ct 05764
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
richard.lynch@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing appearance was sent via first-class mail, postage pre-paid, to all counsel of record on this 18th day of December, 2006 to:

Raymond J. Rigat, Esquire  
Gilbride & Rigat  
23 E. Main Street  
Clinton, Connecticut 06413

                                          /s/Richard J. Lynch  
                                          Richard J. Lynch  
                                          Assistant Attorney General