# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PAUL COPP                              :          CIVIL ACTION NO.
    *Plaintiff*                      :          3:03cv0119 (AWT)
                                     :
    v.                               :
                                     :
THE STATE OF CONNECTICUT               :
DEPARTMENT OF VETERANS'                :
AFFAIRS, et al                                    :
    *Defendants*                     :          JANUARY 19, 2007


## DEFENDANTS' FILING IN RESPONSE TO
## EVIDENTIARY  HEARING SCHEDULING ORDER

Pursuant to the court's order filed December 13, 2006, the Defendants hereby notify the

court and the Plaintiff of their intent at this time to call the following witnesses at the evidentiary

hearing to be held on January 25, 2007.


**List of Witnesses**

A.    <u>M.J. McCarthy, Assistant Director of Legal and Governmental Affairs for the
Department of Mental Retardation (formerly Assistant Attorney General)</u>
State of Connecticut, Department of Mental Retardation
460 Capitol Avenue
Hartford, CT  06106

Anticipated Testimony: Without waiving attorney/client privilege or the mental processes
or work product privileges, Ms. McCarthy is expected to testify: (1) on her recollection of
the May 25, 2006 Settlement Conference in which the parties agreed to settle this case;
(2) that she memorialized the terms of the Settlement Agreement so as to comply with the
agreement that had been agreed to by both parties before the court at the May 25
Settlement Conference; (3) that on June 18, 2006, she mailed the Settlement Agreement
to Mr. Copp.


B.  <u>Paul Copp</u> (Please note: Defendants' are merely indicating their intention <u>at this time</u> to call
Mr. Copp and may decline to do so.)

Anticipated Testimony:  Mr. Copp is expected to testify as to why "the agreement
reached, was incomplete and misstated in the hard copy provided by the defendants for
agreement and signature." (<u>See</u> Plaintiff's motion dated December 6, 2006, Docket entry
#95.)

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.:  (860) 808-5210
Fac.:  (860) 808-5385
Darren.cunningham@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was filed electronically with a copy mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 19th day of January, 2007, first class postage prepaid to:

Paul Copp
100 Executive Square, Apt. 1210
Wethersfield, CT  06109-3820
(860) 436-9650

_____
Darren P. Cunningham
Assistant Attorney General