UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL COPP | : | CIVIL ACTION NO. |
|    *Plaintiff* | : | 3:03cv0119 (AWT) |
| | : | |
| v. | : | |
| | : | |
| THE STATE OF CONNECTICUT | : | |
| DEPARTMENT OF VETERANS' | : | |
| AFFAIRS, et al | : | |
|    *Defendants* | : | JANUARY 23, 2007 |

**PARTIES' FILING IN RESPONSE TO**
**EVIDENTIARY HEARING SCHEDULING ORDER**

Pursuant to the court's order filed December 13, 2006, the Plaintiff and Defendants hereby notify the court of their intent at this time to introduce the following exhibits, without objection, at the evidentiary hearing to be held on January 25, 2007.

    **Defendants' Exhibit 1:** United States District Court Docket Summary, <u>Copp v. Veterans' Affairs</u>, Civil Docket No. 3:03cv00119(AWT). The purpose is to demonstrate the history of the case and also to provide a record of the court's indications.

    **Defendants' Exhibit 2:** Signed cover letter dated June 18, 2006 to Plaintiff from M.J. McCarthy, Assistant Attorney General with attached draft Settlement Agreement. The purpose of these documents is to (1) assist in eliciting testimony from former AAG McCarthy that the draft Settlement Agreement completely and accurately memorializes the terms agreed to at the May 25, 2006 Settlement Conference and (2) allow the Court to compare the notes it took at the May 25, 2006 Settelement Conference to the draft Settlement Agreement.

    **Plaintiff's Exhibit 1:**[1] Signed letter dated November 8, 2000 to Plaintiff from former Department of Veterans' Affairs Commissioner Eugene A. Migliaro, Jr. The purpose of this evidence is to accept its issuance as fact.

---

[1] Plaintiff has requested that Counsel for the Defendants be responsible for ensuring that Plaintiff's Exhibit 1 is properly submitted, per the court's December 13 order. Counsel for the Defendants has agreed to this request.

                    DEFENDANTS

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

                    Richard J. Lynch
                    Assistant Attorney General

BY:        /s/
                    Darren P. Cunningham
                    Assistant Attorney General
                    Federal Bar No. ct25380
                    Office of the Attorney General
                    55 Elm Street, P.O. Box 120
                    Hartford, CT  06141-0120
                    Tel.:  (860) 808-5210
                    Fac.:  (860) 808-5385
                    darren.cunningham@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was filed electronically with a copy mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 23rd day of January, 2007, first class postage prepaid to:

Paul Copp
100 Executive Square, Apt. 1210
Wethersfield, CT  06109-3820
(860) 436-9650

                                                  /s/
                                       Darren P. Cunningham
                                       Assistant Attorney General