United States District Court
*(stamp: 2-26-07)*

United States District Court
District of Connecticut
@ Hartford

Paul Copp
    Plaintiff, pro-se
V.
State of Connecticut
Dept. of Veterans Affairs,
    Defendants

Case No. 3:03CV00119 (AWT)

Notice to the Court
And
<u>Motion for Extension of Time</u>

1. Notice to the plaintiff of Judge Martinez's Recommended Ruling signed on February 13, 2007 was received on or about February 16, 2007. The 12 pages referenced in that electronic filing was not received in that mailing.

2. I called the Clerk in Judge's Martinez chambers and asked that it be mailed to me. It was, and I received it on February 22, 2007 at about 4pm.

3. The initial notice of electronic filing noted that "objections due on 3/3/07"; But page 12 of Judge Martinez's <u>RECOMMENDED RULING ON MOTIONS TO RESTORE</u> states "[F]ailure to timely object to a magistrate judge's report within ten (10) days will preclude appellate review."

4. Since I did not receive the "Recommended Ruling" until today February 22, I ask for an extension of time until March 3, 2007, (a Saturday), the same deadline Ordered for objections in the "notice of electronic filing"

*(signature)*

Paul Copp, pro se
100 Executive Square, Apt. 1210
Wethersfield, CT 06109
(860) 436-9650

Dated: February 22, 2007

Copy of the above sent to Darren P. Cunningham, via email at [Darren.Cunningham@bracewell.com] on February 22, 2007.

Paul Copp