**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
PAUL COPP,                     :
                               :
     Plaintiff,                :
v.                             :    Civil No. 3:03CV00119(AWT)
                               :
STATE OF CONNECTICUT,          :
DEPARTMENT OF VETERANS         :
AFFAIRS,                       :
                               :
     Defendants.               :
                               :
-------------------------------x
```

### **ENDORSEMENT ORDER**

Plaintiff's Motion for Extension of Time (Doc. No. 107) is hereby GRANTED. Any objections to the Recommended Ruling (Doc. No. 105) shall be filed by **March 9, 2007.**

It is so ordered.

Dated this 1st day of March 2007 at Hartford, Connecticut.

                                          /s/AWT
                                    Alvin W. Thompson
                               United States District Judge