**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
PAUL COPP                              :
                                       :
              Plaintiff,               :
                                       :
v.                                     : CASE NO. 3:03CV119(AWT)
                                       :
THE STATE OF CONNECTICUT DEPT.         :
OF VETERANS' AFFAIRS, ET AL.,          :
                                       :
                                       :
              Defendants.              :
```

**ORDER RE RECOMMENDED RULING**

    Upon review and pursuant to 28 U.S.C. §636(b) and Rule 72.2 of the Local Rules for United States Magistrate Judges (D.Conn.), Magistrate Judge Martinez's Recommended Ruling (Doc. No. [105]) is hereby ACCEPTED. The plaintiff's Motion to Re-Open, and Enforce the Settlement Agreement (Doc. No. [77]) is hereby DENIED.

    It is so ordered.

    Dated this 13th day of March 2007, at Hartford, Connecticut.

                                          /s/AWT
                                 Alvin W. Thompson
                         United States District Judge