UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
PAUL COPP                          :

     v.                            :    CASE NO. 3:03CV119 (AWT)

DEPARTMENT OF VETERANS AFFAIRS,    :
CHRISTOPHER DUNN, HUGO ADAMS,
DORIS FARGO, CLAUDETTE GIBSON,     :
WILLIAM BONE, JOANN BLOOM,
ALAN JONES, FELIX DIAZ,            :
MICHAEL CEBRICK, and
EUGENE A. MIGLIARO                 :
```

## JUDGMENT

Counsel of record having reported to the court on May 25, 2006, that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to reopen the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 27th day of July, 2006.

                                            KEVIN F. ROWE, Clerk

                                       By:_____/s/_____
                                              Sandra Smith
                                              Deputy Clerk